SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone:   (213) 252-8008
Facsimile:   (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
CLIFTON WALKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>  Plaintiff,<br><br>  vs.<br><br>IGNACIA OCHOA D/B/A NUMERO UNO PIZZA; 17013 HAWTHORNE LLC; DOES 1 to 10,<br><br>  Defendants. | Case No. 2:20-cv-07641 DMG (PVCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

   **PLEASE TAKE NOTICE** that Plaintiff **CLIFTON WALKER** ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

    (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: August 31, 2020               SO. CAL EQUAL ACCESS GROUP

                                                                                              */s/ Jason J. Kim*
                                                                                              JASON J. KIM
                                                                                              Attorney for Plaintiff